1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LINDA WILKINSON,

                        Plaintiff,

        v.

COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.

Case No. 23-0342 RSM

**ORDER TO SHOW CAUSE**

        On March 9, 2023, this case was transferred to this Court from the United States District

Court for the Central District of California.  Dkt. 19.  That same day, the Clerk's Office sent a

letter to Plaintiff's counsel informing him that pursuant to Local Civil Rule (LCR) 83.1(d)(1), he

is required to associate local counsel in this district, and that local counsel must complete and file

the Court's Application for Leave to Appear *Pro Hac Vice* on his behalf and pay the required

$238.00 fee.  Dkt. 20.  The Clerk's Office also advised Plaintiff's counsel that he must apply for

conditional admission if not already admitted to this Court, and that after he has been

conditionally admitted to practice before this Court, he must file a Notice of Appearance in this

case pursuant to LCR 83.2.  *Id*.  To date, Plaintiff's counsel has neither applied for leave to

appear *pro hac vice* nor filed a notice of appearance.

///

///

///

ORDER TO SHOW CAUSE - 1

1       Plaintiff is hereby ORDERED to show cause by April 21, 2023, why this case should not

2 be dismissed for lack of prosecution.  Failure to do so by this date may result in the dismissal of

3 this case.  The Clerk is directed to send a copy of this Order to counsel for Plaintiff via USPS

4 and email.

5       DATED this 21st day of March, 2023.

6

7

8 RICARDO S. MARTINEZ
   UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER TO SHOW CAUSE - 2