UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LINDA WILKINSON,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　　Defendant. | Case No. C23-0342 RSM<br><br>**ORDER TO FILE ANSWER** |

On March 9, 2023, this case was transferred to this Court from the United States District Court for the Central District of California. Dkt. 19. Plaintiff's complaint was originally filed on December 7, 2022. Dkt. 1. The Court notes the Commissioner has not filed an answer to Plaintiff's complaint. Pursuant to Federal Rule of Civil Procedure 12(a)(2), the Commissioner is required to serve an answer to Plaintiff's complaint within 60 days after service. *See also* Fed. R. Civ. P. SUPP SS 4. Accordingly, the Commissioner is directed to file answer by June 27, 2023.

DATED this 28th day of April, 2023.

Ricardo S. Martinez
United States District Judge

ORDER TO FILE ANSWER - 1