UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LINDA WILKINSON,

        Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

Case No. C23-0342 RSM

**ORDER STRIKING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND AMENDING SCHEDULING ORDER**

       On June 28, 2023, the Court issued a scheduling order directing Plaintiff to file an opening brief no later than July 28, 2023. Dkt. 29. Plaintiff instead filed a motion for summary judgment and a memorandum in support of the motion on September 5, 2023. Dkts. 30–31.

       Plaintiff's motion deviates from the Court's order that an opening brief be filed. The Court accordingly STRIKES the motion for summary judgment and deems the motion and memorandum to constitute as Plaintiff's opening brief.

       For the sake of clarity, the Court's scheduling order shall be amended as follows:

- Defendant's response to Plaintiff's opening brief shall be filed no later than October 6, 2023.

- Any reply brief Plaintiff wishes to file shall be filed no later than October 20, 2023.

       All briefs that the parties file shall conform to the requirements of the Court's scheduling order. Dkt. 29. Untimely briefs or briefs that do not conform to the Court's scheduling order

will be stricken.

DATED this 6th day of September, 2023.

Ricardo S. Martinez
United States District Judge

ORDER STRIKING PLAINTIFF'S MOTION
FOR SUMMARY JUDGMENT AND
AMENDING SCHEDULING ORDER - 2