UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LINDA WILKINSON,<br><br>               Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>               Defendant. | Case No. C23-0342 RSM<br><br>**ORDER AMENDING THE SCHEDULING ORDER** |

Based on Defendant's Motion to Amend the Scheduling Order, and that Plaintiff has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including November 10, 2023, to file a response to Plaintiff's Opening Brief; and

- Plaintiff shall have up to and including November 24, 2023, to file the optional Reply Brief.

DATED this 4th day of October, 2023.

Ricardo S. Martinez
United States District Judge

ORDER AMENDING THE SCHEDULING
ORDER - 1